United States District Court
Southern District of Texas
**ENTERED**
July 21, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JONATHAN SANCHEZ-LIMONES, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-04752 |
| | § | |
| RANDY TATE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

On June 16, 2026, Petitioner Jonathan Sanchez-Limones ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his immigration detention. Doc. #1. On July 9, 2026, Respondents informed the Court that they intended to remove Petitioner from the United States on July 15, 2026. Doc. #5.

Respondents are hereby ORDERED to file a status report no later than July 23, 2026, advising whether Petitioner remains in immigration custody or has been removed from the United States.

It is so ORDERED.

JUL 2 1 2026
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge